IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| S.W., by his parents and next friends, SETH WOLFE and AMANDA WOLFE; and J.S., by his parents and next friends, JEFFERY SMITH and RENAE SMITH;<br><br>*Plaintiffs*,<br><br>v.<br><br>LOUDOUN COUNTY SCHOOL BOARD,<br><br>*Defendant*. | Case No. 1:25-cv-1536 |

**PLAINTIFFS' MOTION IN OPPOSITION TO
DEFENDANT'S EMERGENCY MOTION TO CONTINUE HEARING**

COMES NOW Plaintiffs S.W. and J.S., both minors, by and through their parents as next friends and through their undersigned counsel, and file this motion in opposition to the Defendant's emergency motion to continue the hearing set for tomorrow, September 19, 2025. For the reasons set forth in the accompanying memorandum in support of this motion, the Court should DENY the Defendant's motion and proceed with the hearing as scheduled.

Dated: September 18, 2025                                     Respectfully Submitted,

  */s/ Andrew J. Block*
Andrew J. Block, Esq. (VSB No. 91537)           Joshua A. Hetzler, Esq. (VSB No. 89247)
Ian Prior, Esq.                                                       Michael B. Sylvester, Esq. (VSB No. 95023)
Nicholas R. Barry, Esq.                                        FOUNDING FREEDOMS LAW CENTER
Robert A. Crossin, Esq.                                        707 E. Franklin Street
AMERICA FIRST LEGAL FOUNDATION              Richmond, VA 23219
611 Pennsylvania Ave. SE #231                         Telephone: (804) 971-5509
Washington, D.C. 20003                                     michael@foundingfreedomslaw.org
Telephone: (202) 836-7958                                josh@foundingfreedomslaw.org
andrew.block@aflegal.org
ian.prior@aflegal.org
nicholas.barry@aflegal.org
bobby.crossin@aflegal.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2025, I filed the foregoing with the Clerk of Court using the Court's CM/ECF system, thereby causing it to be served on all counsel who have appeared in this case, including:

Heather K. Bardot, Esquire (VSB No. 37269)
MCGAVIN, BOYCE, BARDOT, THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
hbardot@mbbtklaw.com

*Counsel for Defendant*

                                              */s/ Andrew J. Block*
                                              Andrew J. Block
                                              AMERICA FIRST LEGAL FOUNDATION
                                              611 Pennsylvania Ave. SE, #231
                                              Washington, D.C. 20003 (202)
                                              836-7958 andrew.block@aflegal.org