IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

S.W., by his parents and next friends SETH )
   WOLFE and AMANDA WOLFE, and J.S., )
   by his parents and next friends, JEFFREY )
   SMITH and RENAE SMITH, )
                                                         )
        Plaintiffs, )
                                                          )    1:25-cv-1536 (LMB/WEF)
v. )
                                                          )
LOUDOUN COUNTY SCHOOL BOARD, )
                                                          )
        Defendant. )

## ORDER

Three days ago, on September 15, 2025, plaintiffs S.W. and J.S. ("plaintiffs") filed an Emergency Motion for Temporary Restraining Order seeking, among other relief, an order prohibiting defendant Loudoun County School Board ("defendant") from continuing to implement a 10-day suspension of S.W. [Dkt. No. 3]. On September 16, 2025, this Court provisionally granted plaintiffs' Emergency Motion for Temporary Restraining Order and ordered that defendant "place the remainder of S.W.'s 10-day suspension in abeyance . . . until the issues raised in this Complaint are resolved." [Dkt. No. 10]. The Court also ordered that a "hearing to determine whether a preliminary injunction should be entered will be held on Friday, September 19, 2025, unless the parties are able to agree to a further abeyance of the suspension while this civil action is fully litigated." Id.

On September 18, 2025, defendant filed an Emergency Motion to Continue Hearing on Plaintiffs' Motion for Preliminary Injunction ("Motion to Continue") requesting that the Court continue the hearing from September 19, 2025, to October 10, 2025, which plaintiffs have

unreasonably opposed. [Dkt. No. 18].

It is normal practice for counsel not to oppose reasonable requests for short continuances to allow an opposing party to brief its position fully. The Court's September 16, 2025, Order provided a clear message that the Friday hearing date could be moved. Moreover, plaintiffs' counsel have not provided any justification for opposing defendant's Motion to Continue, given that S.W.'s suspension will be held in abeyance until the issues in this civil action are resolved. Plaintiffs have not indicated in their opposition that defendant is not abiding by the September 16, 2025, Order. Accordingly, defendant's Motion to Continue [Dkt. No. 18] is GRANTED, and it is hereby

ORDERED that the hearing scheduled for Friday, September 19, 2025, be and is continued until Friday, October 10, 2025, at 10:00 a.m.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 18th day of September, 2025.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge

2