IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| S.W., et. al.; *Plaintiffs*, v. LOUDOUN COUNTY SCHOOL BOARD, *Defendant*. | Case No. 1:25-cv-1536 |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

COME NOW Plaintiffs S.W. and J.S., both minors, by and through their parents as next friends and through their undersigned counsel, to file this Motion for Preliminary Injunction.

As more fully explained in the accompanying memorandum of law in support of the motion, the Plaintiffs are entitled to preliminary injunctive relief. As this Court recognized when it granted the TRO, the Plaintiffs have a likelihood of success on the merits. Doc. 10 at 2. The School Board's actions suffer from several legal and constitutional defects, but the Plaintiffs need only prevail on one. The Plaintiffs also face a very real and imminent threat of irreparable harm.

For all these reasons, the Court should grant this motion and enter a preliminary injunction against the School Board, preventing the imposition of discipline until the merits of this action are resolved, and such other relief as this Court deems appropriate, including, but not limited to, awarding Plaintiffs their costs and fees associated with this motion.

Dated: September 26, 2025                                   Respectfully Submitted,

  /s/  *Andrew J Block*
Andrew J. Block, Esq. (VSB No. 91537)        Joshua A. Hetzler, Esq. (VSB No. 89247)
Ian Prior, Esq.*                                              Michael B. Sylvester, Esq. (VSB No. 95023)
Nicholas R. Barry, Esq.*                              FOUNDING FREEDOMS LAW CENTER
Robert A. Crossin, Esq.*                              707 E. Franklin Street

AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, D.C. 20003
Telephone: (202) 836-7958
andrew.block@aflegal.org
ian.prior@aflegal.org
nicholas.barry@aflegal.org
bobby.crossin@aflegal.org

*Counsel for Plaintiffs*
*\* Admitted Pro Hac Vice*

Richmond, VA 23219
Telephone: (804) 971-5509
michael@foundingfreedomslaw.org
josh@foundingfreedomslaw.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, thereby causing it to be served on all counsel who have appeared in this case, including:

Heather K. Bardot, Esq. (VSB No. 37269)
MCGAVIN, BOYCE, BARDOT, THORSEN, & KATZ, P.C.
9990 Fairfax, Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
hbardot@mbbtklaw.com

*Counsel for Defendant*

                                             */s/ Andrew J. Block*
                                             Andrew J. Block
                                             AMERICA FIRST LEGAL FOUNDATION
                                             611 Pennsylvania Ave. SE, #231
                                             Washington, D.C. 20003 (202)
                                             836-7958 andrew.block@aflegal.org