# EXHIBIT F

 **Josh Hetzler**

# Time Sensitive: Request for temporary stay of suspension for S.W.

**Josh Hetzler**     Thu, Sep 11, 2025 at 12:32 PM
To: Wesley.Allen@lcps.org
Cc: Michael Sylvester, Ian Prior, Andrew Block

Mr. Allen,

Christopher Moy, LCPS's Title IX Coordinator, referred me to you. I represent the S.W. and the J.S. families, along with my colleague Michael Sylvester, and our co-counsel at America First Legal, Andrew Block and Ian Prior, copied on this email. Yesterday, close to 5:00 P.M., we learned about the Title IX Appeal decision for S.W. and J.S. Earlier today, Dana Scanlan shared with me the following about next steps:

"Because the Title IX Appellate Decision Maker has affirmed the Title IX Decision Maker's finding, the petition for review of the short-term suspension from school is now under consideration. A decision on the petition for review will be issued on or before September 16, 2025; the short-term suspension from school will be held in abeyance pending issuance of that decision."

This brings me to our purpose in reaching out to you. We have an immediate interest in challenging the decision, and thereby keeping S.W.'s suspension from taking effect until a court can at least make a determination on a preliminary injunction. Rather than rushing to court within the next few days for a Temporary Restraining Order (TRO) motion (assuming the short-term suspension appeal is not granted), it seems to us that it would be better for both parties if LCPS would agree, for now, to keep S.W.'s suspension in abeyance until we can get into court in a matter of weeks (rather than days), giving both parties and the court sufficient time to brief and digest the matter. I am asking if you would agree to this. Otherwise, we will have no choice but to file in federal court with haste, including moving for a hearing at our convenience and then would notify you about when it is scheduled. We prefer to avoid that scenario, and we imagine you would, also.

Given that S.W.'s suspension has already been held in abeyance for these first several weeks of school (which, we understand, have been without incident for S.W.) and how he already has a no-contact order with the student at issue, and is in no classes with her, there is no need to rush to impose any suspension on him, which could do him irreparable harm.

**Would you please let me know very quickly if this is something LCPS would be agreeable to?** Otherwise, we will be moving forward quickly on a TRO motion. Please don't hesitate to call me to discuss further. Thank you.

**Josh Hetzler, Esq.**
**Legal Counsel**
Founding Freedoms Law Center
Office: (804) 801-6707
Cell: (804) 896-2300



This communication is confidential and may be intended to be privileged pursuant to the attorney-client privilege or the work-product doctrine. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify the sender, by telephone or email as listed above, and then delete this message and all copies and backups thereof.