# EXHIBIT G



Josh Hetzler <josh@foundingfreedomslaw.org>

## RE: Time Sensitive: Request for temporary stay of suspension

**Wesley Allen** <Wesley.Allen@lcps.org>  Fri, Sep 12, 2025 at 5:44 PM
To: Josh Hetzler <josh@foundingfreedomslaw.org>

Good afternoon, Josh: Thank you again for sharing your client's position. I have consulted with the necessary parties, and LCPS has decided to move forward with its standard procedures in this case.

Given the Chief of School's ultimate decision will be final, if the suspension is upheld, it will take effect as soon as the decision is issued. And, if that is the case, it is my understanding the decision will provide the specific dates the suspension will be assigned. This approach is not intended to be punitive, but rather to ensure that we apply our procedures consistently to all students.

I understand this is not the answer you hoped for, but I wanted to respond as quickly as possible to your request.

Best,

Wesley

_____



**Wesley D. Allen** | Division Counsel

Loudoun County Public Schools

Office of Division Counsel

21000 Education Court

Ashburn, Virginia 20148

(571) 252-6370

Wesley.Allen@lcps.org

**IMPORTANT CAUTION**: This email contains confidential attorney-client privileged communications. It is exempt from disclosure under the Virginia Freedom of Information Act (Va. Code § 2.2-3705.1(2)) <u>and may not be forwarded or disclosed to anyone outside LCPS without the prior approval of Division Counsel</u>. In addition, do not forward or disclose this email to anyone within LCPS except employees, who need this information to carry out official LCPS business. If you must disclose internally, please caution the receiving employee about the importance of confidentiality.

Failure to follow these rules may waive the attorney-client privilege and jeopardize LCPS's legal position in pending disputes. If you need assistance responding to the public on the topic of this email, please call Division Counsel, who can help you provide information without jeopardizing the attorney-client privilege.

---

**From:** Josh Hetzler <josh@foundingfreedomslaw.org>
**Sent:** Thursday, September 11, 2025 11:15 PM
**To:** Wesley Allen <Wesley.Allen@lcps.org>
**Subject:** [EXTERNAL] Re: Time Sensitive: Request for temporary stay of suspension

Wesley,

Thank you for your prompt reply. I look forward to hearing from you soon on this. Meanwhile, I will forward the release form to my clients. Thanks.

**Josh Hetzler, Esq.**
**Legal Counsel**
Founding Freedoms Law Center
Office: (804) 801-6707
Cell: (804) 896-2300



This communication is confidential and may be intended to be privileged pursuant to the attorney-client privilege or the work-product doctrine. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify the sender, by telephone or email as listed above, and then delete this message and all copies and backups thereof.

On Thu, Sep 11, 2025 at 7:01 PM Wesley Allen <Wesley.Allen@lcps.org> wrote:

> Good evening, Josh: Thank you for sharing your client's position. While it's my understanding no final decision has been made on the sanction appeal, LCPS is giving your request serious consideration and understands your need for a quick response. I haven't had a chance to discuss this with all of the relevant administrators yet, so I'm unable to give you a definitive answer tonight. I will get back to you with an update as soon as possible.

9/15/25, 1:31 AM
Case 1:25-cv-01536-LMB-WEF    Document 29-7    Filed 09/26/25    Page 4 of 4 PageID# 226
WomensFreedomsLaw.org Mail - RE: Time Sensitive Request to Temporary Stay of Suspension

On a housekeeping note, and in an overabundance of caution, I've removed your co-counsel from this response, as I'm not readily aware if there's a release on file for LCPS to share information concerning your clients with those individuals. To the extent your clients have not signed such a release for your co-counsel, I've attached a copy of LCPS's form for ease of them to do so.

Many thanks again,

Wesley

_____



**Wesley D. Allen** | Division Counsel

Loudoun County Public Schools

Office of Division Counsel

21000 Education Court

Ashburn, Virginia 20148

(571) 252-6370

Wesley.Allen@lcps.org

**IMPORTANT CAUTION**: This email contains confidential attorney-client privileged communications. It is exempt from disclosure under the Virginia Freedom of Information Act (Va. Code § 2.2-3705.1(2)) <u>and may not be forwarded or disclosed to anyone outside LCPS without the prior approval of Division Counsel</u>. In addition, do not forward or disclose this email to anyone within LCPS except employees, who need this information to carry out official LCPS business. If you must disclose internally, please caution the receiving employee about the importance of confidentiality.

Failure to follow these rules may waive the attorney-client privilege and jeopardize LCPS's legal position in pending disputes. If you need assistance responding to the public on the topic of this email, please call Division Counsel, who can help you provide information without jeopardizing the attorney-client privilege.