# EXHIBIT H



# LOUDOUN COUNTY PUBLIC SCHOOLS
OFFICE OF THE CHIEF OF SCHOOLS
DEPARTMENT OF SCHOOL LEADERSHIP
21000 Education Court
Ashburn, VA 20148
Telephone: (571) 252-1502

SENT VIA EMAIL

September 15, 2025

RE: J.S.   School: Stone Bridge High School
             Grade: 11   Student ID:



Dear Mr. and Mrs.

This is in response to your petition for review of the ten-day suspension assigned to your child, J.S. . J.S. was suspended on August 15, 2025, for violating the "Hostile Environment" provision of Loudoun County School Board Policy 8035, *Title IX Sex Based Discrimination*, *Sexual Harassment*.

My responsibility in reviewing your petition was to determine whether J.S. 's behavior violated Loudoun County Public School's (LCPS) Policy 8210, Introduction to Student Discipline; due process was provided; and the Director of the Office of School Administration (OSA) had the authority to enact the suspension. In making this determination, I have considered the decision rendered by the OSA Director and the Title IX Decision Maker (and Appellate Decision Maker), as well as your letter of appeal dated August 18, 2025.

<u>Suspension Upheld</u>

After careful consideration and review, I have decided to uphold the OSA Director's decision to suspend J.S. for ten days for a serious offense in violation of School Board Policy 8210, *Introduction to Student Discipline*. J.S. 's behavior was inappropriate and a clear violation of Policy 8210. J.S. was suspended after he was informed of the allegations and given an opportunity to present his version of events. Furthermore, the suspension was consistent with the rules and regulations of LCPS, which authorizes a sanction up to and including expulsion for the misconduct in which J.S. engaged.

My decision to uphold the suspension is made to ensure a safe and respectful learning environment for all students and staff. As stated in the original suspension letter, the Title IX Decision-Maker determined, based on a preponderance of the evidence, that J.S. 's misconduct had been "targeted," "repeated," occurred "over a period of weeks and months," was "meant to taunt, mock, belittle, or intimidate [the] Complainant," and effectively denied the Complainant equal access to

---

[1] At the time of this writing, LCPS did not have the parent's current mailing address. As such, this letter was sent to the parents via electronic mail on the date it was issued.

the LCPS education program or activity. I am hopeful that this suspension will help J.S. understand the impact of his actions and the importance of making positive choices in the future.

## Additional Information

My decision regarding this matter is final and shall be implemented immediately. All provisions and conditions stated in the OSA Director's decision letter dated August 15, 2025, shall apply.

Sincerely,

Rae H. Mitchell
Chief of Schools

Cc:   Ms. Dana Scanlan, Director of School Administration
      Mr. Christopher Moy, Title IX Coordinator
      Dr. Timothy Flynn, Principal, Stone Bridge HS
      Mr. Joshua A. Hetzler, Esq.

---

[1] At the time of this writing, LCPS did not have the parent's current mailing address. As such, this letter was sent to the parents via electronic mail on the date it was issued.