# EXHIBIT J



# Fwd: 450000-004 - Health & PE 10 (J.S.            ) - April Class Meeting Locations

---------- Forwarded message ---------
From: **Hunter Manspile** <Hunter.Manspile@lcps.org>
Date: Tue, Mar 25, 2025 at 2:04 PM
Subject: 450000-004 - Health & PE 10 (J.S.            ) - April Class Meeting Locations
To: <renae07202@gmail.com>



Message sent from Loudoun County Public Schools

**Message From:** Hunter Manspile
**Context:** 450000-004 - Health & PE 10 (J.S.            )
**Subject:** April Class Meeting Locations

| April PE 9/10 Class Meeting Schedule | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Teacher | Block 1 | Block 2 | Block 3 | Block 4 | Block 5 | Block 6 | Block 7 | Block 8 |
| Manspile | 502 | | 603 | 213 | | | 404 | 802 |

Good Afternoon PE Families and students, I hope this note finds you well. As we approach the end of 3rd quarter, please remember to turn in any late or missing work. If you do so,  please email me so that I can update grades faster.

In other PE news; I have talked to students but I wanted to let families know that PE will be displaced starting 3/31 for 6-8 weeks. The county is replaplacing our bleachers in both the Main Gym and Aux gym. Obviously this is not ideal but we are doing the best we can to accommodate. We will be meeting in classrooms during that time and weather pending will be going outside.  Please dress accordingly on PE days. During this time belongings will be locked in classrooms while we are outside- we will not be utilizing the locker rooms. Students that want to change will get an e-hall pass to a restroom to change. On rainy days we will be holding class inside in classrooms.

Thanks in advance for your patience and understanding.

**Hunter Manspile**
**Teacher-Health/PE**
**Stone Bridge High School**
**43100 Hay Rd**
**Ashburn, VA  20147**
**571-252-2200**

***CONFIDENTIALITY / PRIVACY NOTICE*** *- This email and attachments may contain confidential and/or legally protected information. If you are not the intended recipient, or the person responsible for providing the information to the intended recipient, you are notified that any disclosure, copying, distribution of this information, and any other use of or reliance upon it, are strictly prohibited. If you have received this email or attachments in error, please notify the sender immediately. All correspondence with Loudoun County Public Schools, including email, may be subject to disclosure in accordance with the Virginia Freedom of Information Act.*

CONFIDENTIALITY / PRIVACY NOTICE - This email and attachments may contain confidential and/or legally protected information. If you are not the intended recipient, or the person responsible for providing the information to the intended recipient, you are notified that any disclosure, copying, distribution of this information, and any other use of or reliance upon it, are strictly prohibited. If you have received this email or attachments in error, please notify the sender immediately. All correspondence with Loudoun County Public Schools, including email, may be subject to disclosure in accordance with the Virginia Freedom of Information Act.