IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| S.W., by his parents and next friends SETH WOLFE and AMANDA WOLFE, and J.S., by his parents and next friends, JEFFREY SMITH and RENAE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> LOUDOUN COUNTY SCHOOL BOARD, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> 1:25-cv-1536 (LMB/WEF) |

ORDER

The Commonwealth of Virginia has filed a Motion for Leave to File Brief as Amicus Curiae [Dkt. No. 34]; however, as of the close of business on October 2, 2025, the Court had not received courtesy copies of such pleadings. The CM/ECF filing procedures for the Alexandria division[1] require that one paper copy of each motion, brief, and supporting exhibit be delivered to chambers within one business day of electronic filing. Accordingly, it is hereby

ORDERED that the Commonwealth provide to chambers a paper copy of its motion, brief, and all supporting exhibits, by the close of business on Monday, October 6, 2025.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 3rd day of October, 2025.

Alexandria, Virginia

/s/ *(signature)*
Leonie M. Brinkema
United States District Judge

---

[1] Found at: https://www.vaed.uscourts.gov/cmecf-general-informationresources.