RIGHTS OF TRANSGENDER AND GENDER-EXPANSIVE STUDENTS

Loudoun County Public Schools (LCPS) is committed to providing an equitable, safe and inclusive learning environment for all students.  All students shall be treated with dignity and respect, regardless of their sex, sexual orientation, transgender status, or gender identity/expression. LCPS is committed to supporting student privacy and providing equal educational opportunities including access to LCPS programs, activities, and facilities.

Pursuant to the Code of Virginia, [22.1-23.3](), LCPS endorses policies, procedures, and practices for an inclusive school environment that are consistent with the Virginia Department of Education's publication, [Model Policies for the Treatment of Transgender Students in Public Elementary and Secondary Schools]()  issued by the Virginia Department of Education.

A.  Student Identification - Names and Pronouns.

LCPS staff shall allow gender-expansive or transgender students to use their chosen name and gender pronouns that reflect their consistently asserted gender identity without any substantiating evidence, regardless of the name and gender recorded in the student's permanent educational record. School staff shall, at the request of a student or parent/legal guardian, when using a name or pronoun to address the student, use the name and pronoun that correspond to their consistently asserted gender identity.

The use of gender-neutral pronouns are appropriate. Inadvertent slips in the use of names or pronouns may occur; however, staff or students who intentionally and persistently refuse to respect a student's gender identity by using the wrong name and gender pronoun are in violation of this policy.

B.  Access to Activities.

LCPS [Policy 8350](), Student Activities, states that interscholastic, co-curricular, and extra-curricular activities are part of the educational program and are subject to school supervision and regulation. All students are expected to display good sportsmanship in competitive activities, whether they are participants or spectators, and they shall conduct themselves in a manner demonstrating respect for persons and property. LCPS staff shall allow gender-expansive and transgender students to participate in such activities in a manner consistent with the student's gender identity.

All students, including transgender and gender-expansive students, participating in programs sponsored by the Virginia High School League (VHSL) or other interscholastic organization shall comply with policies and rules outlined by those organizations.

RIGHTS OF TRANSGENDER AND GENDER-EXPANSIVE STUDENTS

C. <u>Access to Facilities</u>.

All students are entitled to have access to restrooms and locker rooms that are sanitary, safe, and adequate, so that they can comfortably and fully engage in their school programs and activities. Students should be allowed to use the facility that corresponds to their consistently asserted gender identity. While some transgender students will want that access, others may want alternatives that afford more privacy. Taking into account existing school facilities, administrators should take steps to designate gender-inclusive or single-user restrooms commensurate with the size of the school.

LCPS shall modernize school restrooms and locker rooms to improve student privacy and to promote the creation of single-user restrooms that are available to all students in a ratio appropriate for the enrollment and size of the school.  LCPS shall form an advisory group to make recommendations on improvements to ensure privacy, modesty, and safety for all students in these spaces.  New schools shall be designed and constructed in a manner consistent with this policy. All renovation projects should be completed within five years.

D. <u>Professional Development and Training</u>.  All LCPS staff shall complete training on topics relating to LGBTQ+ students, including procedures for preventing and responding to bullying, harassment and discrimination based on gender identity/expression.

E. <u>Other Considerations</u>.  The Superintendent is authorized to develop implementing regulations and school procedures to ensure consistency in practices.

Adopted: 8/11/21

Leg Refs:  Code of Virginia §22.1-23.3, 8.01-217, 32.1-269(E)

Cross Refs: Policy 8250, Bullying Prevention and Education; Policy 8210, Introduction to Student Discipline; Policy 8-6, Sex Discrimination and/or Sexual Harassment (Policy 8030 when adopted); Policy 8610, Student Records; Policy 8640, Disclosure of Personally Identifiable Information; Policy 8270, Student Dress Code; Policy 8350, Student Activities; Policy 8250, Bullying Prevention and Education; Policy 1040, Equal Opportunity for Equitable, Safe and Inclusive Environment; Policy 7560, Professional Conduct