## *** CIVIL MOTION MINUTES ***

Date: 10/10/2025                                   Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:37 – 11:04 (00:27)                        Case No.: **1:25-cv-01536-LMB-WEF**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Katie Galluzzo

---

# S.W. ET AL

V.

# LOUDOUN COUNTY SCHOOL BOARD

---

Appearances of Counsel for:

[ X ]  Plaintiff:  Ian Prior, Andrew Block
[ X ]  Defendant:  Heather Bardot

**Re:**       [ 29 ]  MOTION for Preliminary Injunction

Argued and:

[ X ]  Granted

[ X ]  Plaintiff to post bond – amount TBD

[ X ]  Order to Follow