**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| S.W., by his parents and next friends, ) <br>     SETH WOLFE and AMANDA WOLFE, et al., ) <br>         Plaintiffs, ) <br> v. ) <br> ) <br> LOUDOUN COUNTY SCHOOL BOARD, ) <br> ) <br>         Defendant. ) | Civil Action No. 1:25-cv-1536 |

## **NOTICE**

COMES NOW Defendant, Loudoun County School Board ("LCPS"), by counsel, to advise the court that, consistent with its inquiry in court today, it is anticipated that legal fees through summary judgment will be approximately $125,000.00.

                                                          **LOUDOUN COUNTY SCHOOL BOARD**
                                                          By Counsel

_____/s/_____
Heather K. Bardot, Esquire
VSB No. 37269
McGAVIN, BOYCE, BARDOT
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone:   (703) 385-1000
Facsimile:    (703) 385-1555
hbardot@mbbtklaw.com
Counsel for Defendants

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of October, 2025, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew Block
Ian Prior
Nicholas R. Barry
Robert A. Crossin
America First Legal Foundation
611 Pennsylvania Avenue, SE, #231
Washington, D.C. 20003
(202) 836-7958
andrew.block@aflegal.org
ian.prior@aflegal.com
nicholas.barry@aflegal.com
bobby.crossin@aflegal.com
Counsel for Plaintiff

Joshua A. Hetzler, Esq. (VSB No. 89247)
Michael B. Sylvester, Esq. (VSB No. 95023)
FOUNDING FREEDOMS LAW CENTER
707 E. Franklin Street
Richmond, VA 23219
michael@foundingfreedomslaw.org
josh@foundingfreedomslaw.org
Co-Counsel for Plaintiff

Ellis L. Bennett
Dunlap Bennett & Ludwig PLLC
211 Church Street SE
Leesburg, Virginia 20175
ebennett@dbllawyers.com
Co-Counsel for Plaintiff

Michael Dingman
Virginia Office of the Attorney General
202 N. 9th Street
Richmond, Virginia 23219
mdingman@oag.state.va.us
Counsel for the Commonwealth of Virginia

Kevin M. Gallagher
Virginia Office of the Attorney General
202 N. 9th Street
Richmond, Virginia 23219
kgallagher@oag.state.va.us
Counsel for the Commonwealth of Virginia

_____/s/_____
Heather K. Bardot, Esquire
VSB No. 37269
McGAVIN, BOYCE, BARDOT
 THORSEN & KATZ, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone:   (703) 385-1000
Facsimile:    (703) 385-1555
hbardot@mbbtklaw.com
Counsel for Defendant