IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| S.W., by his parents and next friends SETH WOLFE and AMANDA WOLFE, and J.S., by his parents and next friends, JEFFREY SMITH and RENAE SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>LOUDOUN COUNTY SCHOOL BOARD,<br><br>Defendant. | 1:25-cv-1536 (LMB/WEF) |

## ORDER

For the reasons stated in open court, specifically the significant weaknesses in aspects of plaintiffs' allegations, plaintiffs' Motion for Preliminary Injunction [Dkt. No. 29] is GRANTED but contingent upon plaintiffs posting a $125,000 bond by the close of business on Wednesday, October 15, 2025, to ensure that if defendant prevails on dispositive pre-trial motions, it can recover from that bond its attorney's fees. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that defendant is prohibited from enforcing the disciplinary measures at issue as to either plaintiff until the Court orders otherwise.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 10th day of October, 2025.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge