IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| S.W., et. al.; ) | |
|     *Plaintiffs*, ) | |
| ) | Case No. 1:25-cv-1536 |
| v. ) | |
| ) | |
| LOUDOUN COUNTY SCHOOL BOARD, ) | |
|     *Defendant*. ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO POSTPONE BOND DUE DATE**

COMES NOW, Plaintiffs S.W. and J.S., by and through the undersigned counsel, to respectfully request that this Court postpone the date on which the Preliminary Injunction Bond is due to the close of business on Friday, October 17, and for cause state:

1) At the Preliminary Injunction hearing on Friday, October 10, 2025, the Court noted that it would require the Plaintiffs to post a bond in order to secure the Preliminary Injunction;

2) The order, with the exact amount required, was issued later that afternoon at 4:40 P.M.;

3) The time given to obtain and post the bond was close of business on Wednesday, October 15, 2025;

4) While this constituted five calendar days, it accounts for fewer than two full business days because Monday, October 13, was a federal holiday on which most financial institutions were closed.

5) As a result, Plaintiffs have Tuesday and the morning of Wednesday, October 15, as the only times available, within normal business hours, to obtain the necessary credit to post the bond.

6) Counsel for Plaintiffs has conferred with Counsel for Defendant, who has represented that the Defendant does not object to this request.

1

WHEREFORE, the Plaintiffs respectfully request that the Court extend the deadline to post bond by two days, to the close of business on Friday, October 17, 2025.

Dated: October 13, 2025                                              Respectfully Submitted,

   /s/ Andrew J. Block
Andrew J. Block, Esq. (VSB No. 91537)                Joshua A. Hetzler, Esq. (VSB No. 89247)
Ian D. Prior, Esq.*                                                      Michael B. Sylvester, Esq. (VSB No. 95023)
Nicholas R. Barry, Esq.*                                         FOUNDING FREEDOMS LAW CENTER
Robert A. Crossin, Esq.*                                         707 E. Franklin Street
AMERICA FIRST LEGAL FOUNDATION                Richmond, VA 23219
611 Pennsylvania Ave. SE #231                             Telephone: (804) 971-5509
Washington, D.C. 20003                                         michael@foundingfreedomslaw.org
Telephone: (202) 836-7958                                    josh@foundingfreedomslaw.org
andrew.block@aflegal.org
ian.prior@aflegal.org
nicholas.barry@aflegal.org
bobby.crossin@aflegal.org

*Counsel for Plaintiffs*
*\* Admitted Pro Hac Vice*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 13, 2025, I filed the foregoing with the Clerk of Court using the CM/ECF system, thereby causing it to be served on all counsel who have appeared in this case, including:

Heather K. Bardot, Esq. (VSB No. 37269)
MCGAVIN, BOYCE, BARDOT, THORSEN, & KATZ, P.C.
9990 Fairfax, Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
hbardot@mbbtklaw.com

                                                  */s/ Andrew J. Block*
                                            Andrew J. Block
                                            AMERICA FIRST LEGAL FOUNDATION
                                            611 Pennsylvania Ave. SE, #231
                                            Washington, D.C. 20003
                                            (202) 836-7958
                                            andrew.block@aflegal.org