

# U.S. District Court

## Virginia Eastern - Alexandria

Receipt Date: Oct 17, 2025 9:56AM

America First Legal Foundation

| Rcpt. No: 100013904 | Trans. Date: Oct 17, 2025 9:56AM | | | Cashier ID: #SW (7103) | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 701 | Treasury Registry | DVAE125CV001536 | 1 | 125000.00 | 125000.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #2001 | 10/17/2025 | | $125,000.00 |
| | | | | Total Due Prior to Payment: | $125,000.00 |
| | | | | Total Tendered: | $125,000.00 |
| | | | | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.