# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| S.W., by his parents and next friends, SETH WOLFE and AMANDA WOLFE, et al., | : : : | |
| Plaintiffs. | : : | Case No.: 1:25-cv-1536 |
| v. | : : | |
| LOUDOUN COUNTY SCHOOL BOARD, | : : | |
| Defendant. | : | |

## MOTION TO QUASH SUBPOENA ISSUED TO NON-PARTY LOUDOUN4ALL, LLC

COMES NOW Non-Party Loudoun4All, LLC ("Loudoun4All"), by counsel, pursuant to Fed. R. Civ. P. 45(d)(3)(A), and moves to quash the subpoena served by Plaintiffs on Loudoun4All. In support of this Motion, Loudoun4All relies on its separately filed Memorandum of Law in Support of this Motion.

LOUDOUN4ALL, LLC
By Counsel

_____/s/_____
Daniel H. Goldman, VSB # 82144
The Law Office of Daniel Goldman
421 King Street, Suite 505
Alexandria, Virginia 22314
(202) 677-5709 – Phone
dan@dangoldmanlaw.com

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 37(E)

On Monday, November 24, 2025, undersigned counsel and Plaintiff's counsel, Ian Prior, spoke by telephone during which undersigned counsel requested the subpoena at issue be withdrawn so that this Motion would not be required. Plaintiffs declined the request, necessitating this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2025, I will electronically file the foregoing Motion with the Clerk of Court using the CM/ECF system, which will provide service to all parties.

                                                                /s/
                                            Daniel H. Goldman, VSB # 82144
                                            The Law Office of Daniel Goldman
                                            421 King Street, Suite 505
                                            Alexandria, Virginia 22314
                                            (202) 677-5709 – Phone
                                            dan@dangoldmanlaw.com