# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| S.W., by his parents and next friends,<br>    SETH WOLFE and AMANDA WOLFE<br><br>and<br><br>J.S., by his parents and next friends,<br>    JEFFERY SMITH and RENAE SMITH,<br><br>    Plaintiffs.<br><br>AND<br><br>UNITED STATES OF AMERICA,<br><br>    Plaintiff-Intervenor.<br><br>v.<br><br>LOUDOUN COUNTY SCHOOL BOARD<br><br>    Defendant. | No. 1:25cv1536 (LMB/WEF) |

## **CERTIFICATE OF THE ATTORNEY GENERAL**

I, Pamela Bondi, Attorney General of the United States, hereby certify, in accordance with Section 902 of Title IX of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000h-2, that the above-captioned case is of general public importance.

Signed this 5th day of December 2025, in Washington, D.C.

_____
PAMELA BONDI
Attorney General of the United States