

# School Renaming in Loudoun County

**History:**

"Virginia is the birthplace of American slavery and segregation" (Wapo, 2020).

In 2020, the murder of George Floyd forced non-Black people to face the realities of injustice in our nation that Black people have highlighted for hundreds of years. In June 2020, the Loudoun County School Board initiated discussion on an action plan to combat systemic racism, including a review of all Loudoun County Public Schools (LCPS) facility names and mascots, as a direct response to the Virginia Attorney General finding in 2019 that LCPS held discriminatory practices. In addition, according to Time Magazine, schools were encouraged by then-Department of Education secretary Atif Qarni and then-Governor Ralph Northam, both of whom supported statewide removal of Confederate leaders' names of public schools. LCPS changed the Loudoun County High School mascot in 2022. Unfortunately, hard fought progress has regressed due to the current governor's policies that have attacked efforts intended to right historical injustices.

**How the Renaming Process in LCPS Works:**

The process to rename schools is governed by board policy 6510.
- A community town hall will be held to solicit direct feedback from the community.
- The superintendent or designee will nominate members to a renaming committee, as well as each school board member. The school board chair will designate the chair of the renaming committee.
- The renaming committee will consist of a member of the current school administration, a minimum of two parents or guardians who have students enrolled at the school, if it is for a middle or high school there will be at least one parent/guardian from each feeder school, two staff members employed at the school, two students enrolled at the school (MS or HS only), two community members who do not have children attending the school but reside within the attendance area, two school alumni, and a representative from the governing board of the identifying town (if applicable).
- The committee will solicit public engagement.
- The committee will submit one preferred name choice, along with at least two alternatives, and any of these suggested names can be the current school name.
- An independent third party will research the recommendations and submit a report on the findings that will go with the recommendations.
- The school board will have the suggestions as an information item, and then can take action at the following meeting.

**What is the board voting on now?**

They are being asked to provide guidance to LCPS administration as to whether or not they intend to move forward with starting a renaming committee for some or any of the schools that were identified as:
- Any that honor Confederate leaders or causes
- Individuals from the 17th to 19th centuries associated with slavery
- Linked to racial segregation laws during the Jim Crow and Massive Resistance eras
- Having connections to the Confederacy
- Associated with segregationist policies in Virginia's history

**Who did the research?**

The Black History Committee, Friends of the Thomas Balch Library in collaboration with History Matters, LLC. The Black History Committee, Friends of the Thomas Balch Library, is an organization dedicated to preserving, researching, and promoting African American history in Loudoun County, Virginia. This committee operates under the umbrella of the Friends of the Thomas Balch Library, a group that supports the Thomas Balch Library in its mission to collect and provide access to historical records and resources. The Black History Committee focuses specifically on African American contributions and experiences, working to ensure that this important aspect of local history is documented and shared with the community through various programs, events, and publications.

History Matters, LLC is a consulting firm that specializes in historical research, preservation, and education. They provide services such as historical analysis, archival research, cultural resource management, and historical documentation.

**What schools were identified, and why?**

Those that reviewed the names grouped the schools identified into groups A, B, C, and D. They suggested that the names be reviewed for reconsideration in that order, which appears to be by highest priority.

A table listing Loudoun County school names that need to be looked at more closely.

| Group | School Name | Name Type | Year named | Notes |
|---|---|---|---|---|
| A | France Hazel Reid E.S. | Person | 2003 | United Daughters of the Confederacy member, Lost Cause |
| A | Mercer M. S. | Person/Place | 2002 | Enslaver, American Colonization Society (ACS) |
| B | Belmont Ridge M.S. | Place | 2003 | Sold slaves down South, ACS |
| B | Belmont Station E.S. | Place | 2004 | Plantation, sold slaves down South, ACS |
| B | Seldens Landing E.S. | Place | 2000 | Plantation, enslaver |
| B | Sully E.S. | Place | 1968 | Plantation, enslaver |
| B | Hutchison Farm E.S. | Place | 2002 | Family supported secession, fought with confederacy, enslaver |
| C | Ball's Bluff E.S. | Place | 1995 | Civil War battle won by Confederates |
| C | Emerick E.S. | Person | 1967 | LCPS Superintendent during Jim Crow |
| D | John Champe H.S. | Person | 2012 | Loudoun County native son, revolutionary war vet, no information on affiliation with being an enslaver |

**Renaming "Erases" History**

Few people learn about history through the name of a school, or a statue. History is learned in classes and through books. Loudoun County Public Schools (LCPS) teaches about slavery and the Civil War in

history classes. That will not change. Renaming a school that was named after an enslaver does not prevent people from learning about slavery. LCPS students will continue to be taught history even if the names of some of the schools change.

**This Money Would Be Better Spent on Other Things**

It would be ideal if our schools all had names that were neutral, but they don't. This is a one-time cost that hopefully will result in neutral names for these schools that will not have to be changed again. The cost of $5/resident is not that extreme. It is a one-time cost to fix this problem.

There is a legitimate argument that this change is performative and that money would be better spent in ways that address systemic inequalities in our school. When this argument comes from people that are genuinely interested in addressing racial inequalities, they are worth considering. However, too often this argument is stated as a false dichotomy by people who have no interest in addressing these inequalities, or who don't believe there are racial inequalities. The truth is, if we choose to, we can rename schools AND make changes that address systemic inequalities.