

VERIZON SECURITY SUBPOENA COMPLIANCE

180 WASHINGTON VALLEY ROAD

BEDMINSTER NJ 07921

Phone: 800-451-5242 Fax: 888-667-0028

December 3, 2025

DUNLAP BENNETT & LUDWIG
611 PENNSYLVANIA AVE SE STE 231
LEESBURG VA 20175

Verizon Case #: 25649692
Docket / File #. 1:25-cv-1536-LMB-WEF
Target: 518-565-7341 Meredith Ray

Dear Andrew Block,

Verizon Subpoena Compliance is in receipt of the attached request for records. Please be advised that sufficient time was not allowed for Verizon to prepare the requested records, or to allow our customer to object to the production of these records should they choose to do so.

Accordingly, if no motions are received by Verizon, the available records you have subpoenaed will be sent approximately 10 business days from the date of this letter. If you have any questions, please call us at 800-451-5242 option 1 then option 2. Please include the Verizon case number on any future correspondence.

*Please note there is an associated processing fee of $75 per hour, plus shipping.

Very truly yours,

Dreena A.
VERIZON SECURITY SUBPOENA COMPLIANCE

enclosed