## *** CIVIL MOTION MINUTES ***

Date: 1/16/2026                              Before the Honorable: **LEONIE M. BRINKEMA**

Time: 10:17 – 10:37  (00:20)                 Case No.: **1:25-cv-01536-LMB-WEF**

Official Court Reporter: Stephanie Austin

Courtroom Deputy: Katie Galluzzo

---

# S.W. ET AL

V.

# LOUDOUN COUNTY SCHOOL BOARD

---

Appearances of Counsel for:

[ X ]  Plaintiff:  Andrew Block, Ellis Bennett, Michael Sylvester
[ X ]  Defendant:  Heather Bardot, Anna Zick, Rachel Craft, Michael Royall
[ X ]  Intervenor: Brian Repper, Jordan Carpenter, LaDawn Burnett

**Re:**   [ 69 ] MOTION to Dismiss for Failure to State a Claim *Amended Complaint* **– GRANTED IN PART AND DENIED IN PART**
          [ 79 ] MOTION to Intervene **– DENIED WITHOUT PREJUDICE**

Argued and:

[ X ]   Counts 10-12 are dismissed

[ X ]   Court orders parties to schedule mediation with WEF. Parents are required to attend mediation.

[ X ]   Scheduling Order vacated – WEF to work with counsel regarding discovery deadlines

[ X ]   Order to Follow