IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| S.W., by his parents and next friends SETH WOLFE and AMANDA WOLFE, and J.S., by his parents and next friends, JEFFREY SMITH and RENAE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> LOUDOUN COUNTY SCHOOL BOARD, <br><br> Defendant. | 1:25-cv-1536 (LMB/WEF) |

## ORDER

For the reasons stated in open court, the United States's Motion to Intervene, [Dkt. No. 79], is DENIED WITHOUT PREJUDICE, and defendant's Motion to Dismiss, [Dkt. No. 69], is GRANTED IN PART AND DENIED IN PART. Accordingly, it is hereby

ORDERED that Counts X (federal due process), XI (state due process), XII (conspiracy), be and are DISMISSED from this civil action. Counts I through IX will remain in this civil action; and it is further

ORDERED that the Court's Scheduling Order, [Dkt. No. 52], be and is VACATED; and it is further

ORDERED that the parties promptly contact Judge Fitzpatrick to schedule a settlement conference. Plaintiffs' parents must attend the settlement conference.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 16 day of January, 2026.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge