IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| S.W., by his parents and next friends SETH WOLFE and AMANDA WOLFE, and J.S., by his parents and next friends, JEFFREY SMITH and RENAE SMITH, | ) | |
| Plaintiffs, | ) | 1:25-cv-1536 (LMB/WEF) |
| v. | ) | |
| LOUDOUN COUNTY SCHOOL BOARD, | ) | |
| Defendant. | ) | |

ORDER

Before the Court is the United States's Motion for Clarification or, Alternatively, Extension of Time to File a Notice of Appeal, in which the United States seeks clarification as to whether it must file a notice of appeal as to the Court's January 16, 2026 Order denying the United States's first Motion to Intervene within 30 days or 60 days of entry of the Order. Although the United States is not currently a party in this civil action, the United States "is a party for purposes of appealing the specific order at issue." United States ex rel. Eisenstein v. City of New York, 556 U.S. 928, 931 n.2 (2009). Accordingly, the United States's Motion, [Dkt. No. 151], is GRANTED IN PART, and it is hereby

ORDERED that the United States has 60 days from the January 16, 2026 Order denying its first Motion to Intervene in which to notice an appeal of that Order.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 13th day of February, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge