**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| S.W., by his parents and next friends, | ) | |
|     SETH WOLFE and AMANDA WOLFE, et al., | ) | |
|        Plaintiffs, | ) | |
| v. | ) | Case No. 1:25-cv-1536 |
| | ) | |
| LOUDOUN COUNTY SCHOOL BOARD | ) | |
|       Defendant. | ) | |
| | ) | |

**<u>NOTICE OF DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and the Minute Entry made on February 13, 2026, identifying the case settled, Plaintiffs S.W., by his parents and next friends, Seth Wolfe and Amanda Wolfe, and J.S., by his parents and next friends, Jeffery Smith and Renae Smith, hereby provide notice that this case is dismissed with prejudice. The posted bond should be released to Plaintiffs' counsel upon entry of the final order of dismissal.

Dated: February 24, 2026

      /s/  *Michael B. Sylvester*
Ian Prior, Esq. (*pro hac vice*)
Nicholas R. Barry, Esq. (*pro hac vice*)
Robert A. Crossin, Esq. (*pro hac vice*)
Crystal Clanton, Esq. (*pro hac vice*)
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Avenue, SE, #231
Washington, D.C. 20003
(202) 836-7958
ian.prior@aflegal.org
nicholas.barry@aflegal.org
bobby.crossin@aflegal.org
crystal.clanton@aflegal.org

Respectfully submitted,

Joshua A. Hetzler, Esq. (VSB No. 89247)
Michael B. Sylvester, Esq. (VSB No. 95023)
FOUNDING FREEDOMS LAW CENTER
707 E. Franklin Street
Richmond, VA 23219
josh@foundingfreedomslaw.org
michael@foundingfreedomslaw.org

Ellis L. Bennett, Esq. (VSB No. 71685)
DUNLAP BENNETT & LUDWIG PLLC
211 Church Street SE
Leesburg, Virginia 20175
ebennett@dbllawyers.com

Co-Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record in this case.

_/s/ Michael B. Sylvester_
Michael B. Sylvester