IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

S.W., by his parents and next friends SETH WOLFE and AMANDA WOLFE, and J.S., by his parents and next friends, JEFFREY SMITH and RENAE SMITH,

Plaintiffs,

v.

LOUDOUN COUNTY SCHOOL BOARD,

Defendant.

1:25-cv-1536 (LMB/WEF)

ORDER

Because the parties have filed a stipulation of dismissal in this civil action, it is hereby

ORDERED that the Clerk of the Court disburse the $125,000 bond posted in this civil action, along with any interest accrued, to America First Legal Foundation, 611 Pennsylvania Ave SE #231, Washington, DC 20003.

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 27th day of February, 2026.

Alexandria, Virginia

/s/ LMB
Leonie M. Brinkema
United States District Judge