IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| S.W., by his parents and next friends SETH WOLFE and AMANDA WOLFE, and J.S., by his parents and next friends, JEFFREY SMITH and RENAE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> LOUDOUN COUNTY SCHOOL BOARD, <br><br> Defendant. | 1:25-cv-1536 (LMB/WEF) |

## ORDER

For the reasons stated in open court, and for the reasons stated in a memorandum opinion to follow, it is hereby

ORDERED that the United States's Renewed Motion to Intervene, [Dkt. No. 136], be and is DENIED.[1]

The Clerk is directed to forward a copy of this Order to counsel of record and close this civil action.

Entered this 27 day of February, 2026.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge

---

[1] As the Court indicated during the February 27, 2026, the United States's time to appeal will not start running until the Court issues a memorandum opinion.