# EXHIBIT B

```
                    United States District Court
                 for the Eastern District of Oklahoma
                             April 12, 2004
```

```
        Leah Farish, Esq.
        2834 E. 26th Pl.
        Tulsa, OK  74114
```

---
                    C I V I L    M I N U T E S
---

```
        6:03-cv-00598            Hearn v. Muskogee Sch Dis 020
```

------------
DOCKET ENTRY
------------

MINUTE ORDER: granting the United States of America's
Motion to Intervene as Plaintiff-Intervenor pursuant to the
authority of 42 U.S.C. Sec. 2000h-2. The court clerk is
directed to file the Complaint-In-Intervention submitted by
the United States of America as part of its motion to
intervene. All parties are ordered to appear before
Magistrate Judge Kimberly E. West for an expedited
settlement conference on May 12, 2004, at 10:00 a.m. in
lieu of the previously scheduled August 4, 2004, settlement
conference. All issues concerning the proper representative
of the United States of America to appear at the settlement
conference are to be resolved by Magistrate Judge West
[37-1] (FHS) (cc:  all counsel)

WILLIAM B. GUTHRIE, Clerk
By: Teresa Loyd
    Deputy Clerk

THIS NOTICE SENT TO THE FOLLOWING COUNSEL:
-------------------------------------------
Leah Farish, Esq.
John W. Whitehead, Esq.

Steven H. Aden, Esq.
Rita M. Dunaway, Esq.
Will K. Wright, Esq.
Dwight D.D. Hayes, Esq.
Sherril E. Flood, Esq.
Stephen J. Scherer, Esq.
Jo Anne Deaton, Esq.
Eric W. Treene, Esq.
Javier M. Guzman, Esq.
Tamara Kassabian, Esq.
John Buchko, Esq.