**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| S.W., by his parents and next friends, SETH WOLFE and AMANDA WOLFE<br><br>and<br><br>J.S., by his parents and next friends, JEFFERY SMITH and RENAE SMITH,<br><br>Plaintiffs<br><br>AND<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff-Intervenor<br><br>v.<br><br>LOUDOUN COUNTY SCHOOL BOARD<br><br>Defendant. | No. 1:25cv1536 (LMB/WEF) |

**<u>NOTICE OF APPEAL</u>**

The United States of America now appeals to the United States Court of Appeals for the Fourth Circuit this Court's February 27, 2026, Order, which denied the United States' Renewed Motion to Intervene. ECF 163. The Fourth Circuit has jurisdiction over this appeal under 28 U.S.C. § 1291.

DATED: April 21, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General

JESUS A. OSETE
Principal Deputy Assistant Attorney General

JEFFREY MORRISON
Deputy Assistant Attorney General

JOHN P. MERTENS
Acting Chief, Educational Opportunities Section


/s/ *Brian L. Repper*
JORDAN K. CARPENTER, admitted *pro hac vice*
Counsel
LADAWN BURNETT, admitted *pro hac vice*
Trial Attorney
BRIAN L. REPPER (VA No. 90254)
Acting Deputy Chief
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 514-3847
Email: brian.repper@usdoj.gov

ATTORNEYS FOR PLAINTIFF-INTERVENOR
UNITED STATES OF AMERICA

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2026, I filed the foregoing through the Court's CM/ECF electronic filing system, which will transmit a Notice of Electric Filing (NEF) to all counsel of record in the case.

/s/ *Brian L. Repper*
BRIAN L. REPPER
Attorney for the United States